# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 23, 2023

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/23/2023
```

The Honorable Mary K. Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 18C
New York, New York 10007

Re:   **United States v. Tetiana Berriors**
      **23-CR-267 (MKV)**

Dear Judge Vyskocil:

Tetiana Berriors, through undersigned counsel, respectfully requests an extension of time to complete the conditions of her bond.  Specifically, Ms. Berriors' requests a one-week extension to obtain two co-signers on her $100,000 bond.  Currently, that condition was required to be met by Friday, June 23, 2023.  However, undersigned counsel's office is still in the process of scheduling interviews between the two co-signers and the U.S. Attorney's Office.  Accordingly, Ms. Berriors' asks that the Court extend the deadline for her to obtain two co-signers to Friday, June 30, 2023.

Undersigned counsel conferred with the government about this request.  The government has no objection to a one-week extension.

Respectfully Submitted,


Kristoff I. Williams
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8791

**Granted. SO ORDERED.**

Date: 6/23/2023
New York, New York

Mary Kay Vyskocil
United States District Judge