# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 14, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023

**BY ECF**

The Honorable Mary K. Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 18C
New York, New York 10007

Re:   **United States v. Tetiana Berriors**
      **23-CR-267 (MKV)**

Dear Judge Vyskocil:

Tetiana Berriors, through undersigned counsel, respectfully requests an extension of time to complete the conditions of her release. A condition of Ms. Berriors' release is to obtain two-co-signers on a $100,000 bond. Undersigned counsel has proposed an alternative arrangement to the government, whereby the bond be secured by an interest in real property. The government needs time to investigate and consider this proposal. Accordingly, Ms. Berriors requests an additional two-week extension of time to satisfy her release condition (i.e., until July 28, 2023). The government has no objection to the extension of time.

Respectfully Submitted,

/s/
Kristoff I. Williams
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8791

**Granted. SO ORDERED.**

Date: 7/14/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge