**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2023

**BY ECF**

The Honorable Mary K. Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 18C
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2023
```

Re:   **United States v. Tetiana Berriors**
       **23-CR-267 (MKV)**

Dear Judge Vyskocil:

   Tetiana Berriors, through undersigned counsel, respectfully moves the Court for an Order modifying the conditions of her bond. Specifically, Ms. Berriors asks the Court to remove the curfew and electronic monitoring conditions. Furthermore, Ms. Berriors requests permission to travel to Pompano Beach, Florida on September 20, 2023 for 10 days. The purpose of the travel would be to resolve and sell the furniture inside of a business that she owns in the area.

   Undersigned counsel has conferred with pretrial services and the government about these requests. Pretrial services has no objection to the removal of the curfew and electronic monitoring conditions. And if removed, would have no objection to Ms. Berriors' travel request, so long as she provides pretrial services with her itinerary. Similarly, the government has no objection to the requested relief.

> Respectfully Submitted,
> /s/
> Kristoff I. Williams
> Assistant Federal Defenders
> Federal Defenders of New York
> (212) 417-8791

**GRANTED. Defendant must provide her itinerary to pretrial services in advance of her departure and must check in with pretrial services upon her return. SO ORDERED.**

Date: 9/14/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge