**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 15, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023
```

**BY ECF**

The Honorable Mary K. Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 18C
New York, New York 10007

Re:   **United States v. Tetiana Berriors**
      **23-CR-267 (MKV)**

Dear Judge Vyskocil:

Tetiana Berriors, through undersigned counsel, respectfully requests permission to travel to Pompano Beach, Florida from November 15, 2023 through November 22, 2023. The purpose of the travel would be to finish resolving and selling the furniture inside of a business that she owns in the area. The address to where Ms. Berriors would be staying has been provided to pretrial services. The Court previously granted Ms. Berriors permission to travel to this location back in September 2023. *See* Doc. 26.

Undersigned counsel has conferred with pretrial services and the government about this request. Pretrial services defers to the government on this matter. The government similarly defers to pretrial services.

        Respectfully Submitted,
        /s/
        Kristoff I. Williams
        Assistant Federal Defenders
        Federal Defenders of New York
        (212) 417-8791

---

**GRANTED. Defendant must provide her itinerary to pretrial services in advance of her departure and must check in with pretrial services upon her return. Defendant must complete her business in Florida on this trip. No further requests to travel will be granted absent extenuating circumstances. SO ORDERED.**

Date: 11/15/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge