```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TETIANA BERRIORS,

                Defendant.

23-cr-267 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the Government filed on January 23, 2024. [ECF No. 36]. At the request of both parties, the Status Conference scheduled for January 30, 2024 at 12:00 PM is ADJOURNED to March 12, 2024 at 11:30 AM.

    On the application of both parties, it is HEREBY ORDERED that, in the interest of justice, all time from today to March 12, 2024 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to continue producing and reviewing discovery as well as to discuss a potential pretrial resolution to the pending charges. Defendant consents to the exclusion of time. [ECF No. 36].

**SO ORDERED.**

**Date: January 23, 2024**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**