```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TETIANA BERRIORS,

                Defendant.

23-cr-267 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that, in advance of the status conference scheduled for April 23, 2024 at 2:00 PM, the parties shall submit a joint letter advising the Court of the status of this case no later than April 16, 2024.

**SO ORDERED.**

**Date: April 9, 2024**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**