```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:__5/6/2024___             │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TETIANA BERRIORS,

                    Defendant.

23-cr-267 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Status Conference scheduled for May 28, 2024 at 11:00 AM is ADJOURNED to June 11, 2024 at 2:30 PM.

On the application of both parties, IT IS FURTHER ORDERED that, in the interest of justice, all time from today to June 11, 2024 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that it will allow time for the parties to continue discussing a potential pretrial resolution to the pending charges. Defendant consents to the exclusion of time. [ECF No. 43].

**SO ORDERED.**

Date:  **May 6, 2024**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**