```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TETIANA BERRIORS,

        Defendant.

23-cr-267 (MKV)

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for June 11, 2024 at 2:30 PM is ADJOURNED to July 23, 2024 at 10:30 AM.

    IT IS FURTHER ORDERED that trial in this matter will begin on November 18, 2024. The parties shall file any pretrial motions, including motions *in limine*, by August 12, 2024. Oppositions shall be filed by September 9, 2024. Replies shall be filed by September 16, 2024. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by October 21, 2024. Any request by any party to test courtroom technology prior to the proceeding shall be filed no later than five days in advance of trial. A final pretrial conference will take place on November 12, 2024 at 2:00 PM. The trial and all conferences will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. This is a firm trial date. The Court will not accept delays.

    On the application of both parties, IT IS FURTHER ORDERED that, in the interest of justice, all time from today to July 23, 2024 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that it will allow time for the parties to review discovery, prepare

pretrial motions, prepare for trial, and continue discussing a potential pretrial resolution to the pending charges.  Defendant consents to the exclusion of time.  [ECF No. 46].

**SO ORDERED.**

**Date:  June 10, 2024**              **MARY KAY VYSKOCIL**
    **New York, NY**               **United States District Judge**