USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

TETIANA BERRIORS,

Defendant.

---

23-cr-267 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The sentencing hearing scheduled for November 6, 2024 at 11:00 AM is **HEREBY ADJOURNED** sin die. The Court will reschedule the hearing in due course.

**SO ORDERED.**

**Date: November 6, 2024**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**